## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Joan Azrack   DATE: 9/17/07   TIME: _____

DOCKET NUMBER ~~CR~~ 07-996 M   LOG #: 11:42 11:44

DEFENDANT'S NAME: Hussein Sara
 ✓ Present   ~~Not~~ Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: _____
___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: _____   DEPUTY CLERK: _____

INTERPRETER: _____ (Language) _____

Bond Signing ___ ~~Hearing~~ held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

    Samir Mohammad Sara
✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____

*United States District Court*
## EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS |
| --- | --- |
|  | OF RELEASE AND BOND |

V.

Defendant: _Hussein Sara_

Case No.: **07-996 M**

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[✓] Upon **Unsecured Bond** executed by defendant in the amount of $ _150,000_, or
[✓] Upon **Secured Appearance Bond** as provided herein.

#### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: _EDNY, WDNY, SDNY, New York State_

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _co-defendants unless with counsel_

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _9/12/07_ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; _as directed_
  [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
  [ ] is subject to home detention with electronic monitoring with the following conditions: _____

[✓] must undergo [✓] random drug testing [✓] evaluation and/or [✓] treatment for: [✓] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: _another financially responsible surety to sign by 9/14. Seek + maintain employment_

#### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ _150,000_. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.
[ ] Other Conditions: _____

_(signature)_ Surety — Address: _280 77th Street B'klyn, NY 11209_
_Layla Sara_ Surety — Address: _280 77th Street B'klyn, NY 11209_
_Hayman Sha___ Surety — Address: _6823 Ridge Blvd #6 Brooklyn, NY_
_Samir Moha___ Surety _Sara_

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

_Sept 12_, 20_07_

_(signature)_ Signature of Defendant

y - Courtroom Deputy     Pink - Pretrial Services     Goldenrod - Defendant